UNITED STATES of America,
Plaintiff–Appellee,

v.

**Kingg Bilalian FAREED,**
Defendant–Appellant.

No. 10–7341.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 2, 2010.

Kingg Bilalian Fareed, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kingg Bilalian Fareed appeals the district court's order denying his motion for a reduction in sentence pursuant to Amendment 706 to the Guidelines and 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fareed*, No. 1:00–cr–00082–NCT–1 (M.D.N.C. Sept. 10, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*